914

No. 85–7169.   OLIVER v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 85–7183.   AMAZON v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 86–23.   GARVIN ET AL. v. ALUMAX OF SOUTH CAROLINA, INC.   C. A. 4th Cir.   Certiorari denied.

No. 86–45.   EPPINGA v. EDGAR, SECRETARY OF STATE OF ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 86–103.   ARLINGTON HOTEL CO., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–113.   AMERICAN BAPTIST CHURCHES IN THE U. S. A. ET AL. v. REAGAN, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–114.   JOHNSON, AN INFANT, BY JOHNSON, HER MOTHER AND NATURAL GUARDIAN, ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–117.   SACHDEV v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d Cir.   Certiorari denied.

No. 86–120.   BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. ELLENDER ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86–144.   CARSON v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 86–190.   TURZAI v. PENNSYLVANIA LIQUOR CONTROL BOARD.   Pa. Commw. Ct.   Certiorari denied.

No. 86–222.   BATTERTON ET AL. v. TEXAS GENERAL LAND OFFICE ET AL.   C. A. 5th Cir.   Certiorari denied.